FILED IN DISTRICT COURT
OKLAHOMA COUNTY

DEC 1 9 2016

RICK WARREN
COURT CLERK
36_____

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

JAY PROVO, )
)
    Plaintiff, )
) Case No. **CJ-2016-6465**
- vs - )
)
)
BOLT EXPRESS LLC., and )
ELIAS LEL-CHAAR, )
)
    Defendant. )

## PETITION

  Comes now the Plaintiff, Jay Provo, by and through his attorney, Lori Combs, and for cause for action against Defendants, Bolt Express LLC and Elias Lel-Chaar and alleges and state as follows:

1.    That the Plaintiff is a resident of Oklahoma City, OK.

2.    That on the 19th day of August 2016, Jay Provo was involved in auto accident in Marian, Arkansas & I-40.

3.    That the accident was a result of the negligence of the Defendant's employee, Elias Lel-Chaar by failing to devote full time and attention to driving.

3.    That as a result of the negligence of Defendant's employee Elias Lel-Chaar Jay Provo suffered great bodily injuries, mental anguish, emotional distress, and incurred medical expenses and lost wages.

4.    That Plaintiff Jay Provo should be awarded judgment against the Defendants in of excess of $75,000.00 including attorney fees interest and costs.

WHEREFORE, Plaintiff prays that the Court grant judgment to the Plaintiff against the Defendants, including attorney fees, interest and costs.

*Lori Combs*
The Combs Law Center
Lori Combs, OBA #13088
4500 N. Lincoln Blvd., Suite 200
P.O. Box 18782
Oklahoma City, OK 73154
(405) 427-2889/427-2004-FAX

# Exhibit 1

## VERIFICATION

STATE OF OKLAHOMA        )
                         )ss.
COUNTY OF OKLAHOMA       )

Jay Provo of lawful age, who being first duly sworn on oath deposes and says: That he has read the above and foregoing document and that he is fully acquainted with the facts, statements and allegations and the same are true and correct.

_____
Jay Provo, Plaintiff

Subscribed and sworn to before me this 8 day of December, 2016.

_____
Notary Public

My Commission Expires:

_____

# IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

JAY PROVO, )
)
    Plaintiff, )
) Case No. **CJ-2016-6465**
- vs - )
)
)
BOLT EXPRESS LLC., )
)
    Defendant. )

## SUMMONS

To the above-named Defendant:

    You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your Answer must be delivered or mailed to the attorney for the Plaintiff

    Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this 19th day of December, 2016.

COURT CLERK

By _____
Deputy Court Clerk

(SEAL)

Attorney(s) for Plaintiff(s)
Name:   Lori Combs, OBA #13088
Address:      P.O. Box 18782
                Oklahoma City, OK  73154
                Telephone Number (405) 427-2889

This summons was served on _____
                                  Date of Service

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.