## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

JAY PROVO

        Plaintiff,

vs.

                                        Case No. CIV-17-57-D

BOLT EXPRESS, LLC., and
ELIAS EL-CHAAR,

        Defendants.

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Jay Provo, by and through his attorney of record, and Defendants, Bolt Express, LLC, and Elias El-Chaar, by and through their attorneys of record (collectively the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(1) hereby stipulate and agree that Plaintiff's claims for relief as asserted in the Petition/Complaint against the Defendants should be dismissed with Prejudice to the refiling of any future actions with each party bearing their own costs and attorney's fees.

The Parties stipulate and agree that the Court may enter an Order of Dismissal with Prejudice as submitted with this Stipulation.

DATED this 21st day of August, 2018.

Respectfully Submitted,


/s Bart Jay Robey
Bart Jay Robey, OBA No. 19926
Eric A. Moen, OBA No. 31155
CHUBBUCK, DUNCAN & ROBEY, P.C.
100 N. Broadway, Suite 2300
Oklahoma City, Oklahoma 73102
*Attorneys for Defendants, Bolt Express,
LLC, and Elias El-Chaar*


-and-

/s Lori Combs
Lori Combs
The Combs Law Center
4500 North Lincoln Blvd., Suite 200
PO Box 18782
Oklahoma City, Oklahoma 73154
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

JAY PROVO

          Plaintiff,

vs.

BOLT EXPRESS, LLC., and
ELIAS EL-CHAAR,

          Defendants.

Case No. CIV-17-57-D

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the Joint Stipulation of Dismissal with Prejudice [Doc. No. 56] of all claims asserted by Plaintiff, Jay Provo against Defendants, Bolt Express, LLC, and Elias El-Chaar. The Court, being fully advised of the premises, finds that all such claims should be dismissed with prejudice to the filing of any future actions and that the parties shall bear their respective costs and attorneys' fees.

**IT IS THEREFORE ORDERED, ADJUDEGED, AND DECREED** that all claims asserted by Plaintiff, Jay Provo against Defendants, Bolt Express, LLC, and Elias, El-Chaar, are hereby dismissed with prejudice to the filing of any future actions.

**IT IS SO ORDERED** this _____ day of August, 2018.

                             _____
                             TIMOTHY D. DEGIUSTI
                             UNITED STATES DISTRICT JUDGE